**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MEKHROJ I. OCHILOV, | : | |
| *Petitioner*, | : | Case No. 1:26-cv-1048 |
| v. | : | Judge Jeffery P. Hopkins |
| MATTHEW PUTRA, *et al.*, | : | |
| *Respondents*. | : | |

# ORDER

Petitioner brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Petitioner from this District nor allow him to be removed from this District unless or until the Court orders otherwise.[1] *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to (1) serve a copy of the petition and its accompanying papers, along with a copy of this Order, by email to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov. The Clerk is further **DIRECTED** to (2) promptly note proof of such service on the docket.

Counsel for Respondents shall promptly file a notice of appearance.

[1] The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondents.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than October 22, 2026.

**IT IS SO ORDERED.**

October 15, 2026

Jeffery P. Hopkins
United States District Judge